**MAE-EITEL INC**
ORWIGSBURG PA 17961

CO. NO. 15737

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 100 | 139 | PATRICK A DIEHL | XXX-XX-3051 | S 0 | 10/10/16-10/23/16 | 10/27/16 | 11814 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | | | 2991.42 | SOCSEC | 182.23 | 5056.23 | GROSS | 2991.42 | 82692.09 |
| | | | | MDCARE | 42.62 | 1182.55 | | | |
| | | | | FED WH | 550.53 | 17078.54 | | | |
| | | | | PA TAX | 90.23 | 2503.58 | | | |
| | | | | CTY TX | 52.91 | 1468.02 | | | |
| | | | | SUI | 2.09 | 57.80 | | | |
| | | | | LST | 2.00 | 44.00 | | | |
| | | | | 401KLN | 107.90 | 2346.80 | | | |
| | | | | LT DIS | 9.23 | 201.45 | | | |
| | | | | SEC125 | 52.19 | 1139.92 | | | |

| TOTAL PAY | | TOTAL DEDUCTIONS | | NET PAY | |
|---|---|---|---|---|---|
| TOTAL PAY | 2991.42 | TOTAL DEDUCTIONS | 1091.93 | NET PAY | 1899.49 |

**PAY STATEMENT**

JetPay

HAPPY HALLOWEEN

FOLD

MAE-EITEL INC
ORWIGSBURG PA 17961

CO. NO. 15737

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 100 | 139 | PATRICK A DIEHL | XXX-XX-3051 | S 0 | 11/21/16-12/04/16 | 12/08/16 | 11964 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | | | 3145.27 | SOCSEC | 191.77 | 5631.54 | GROSS | 3145.27 | 92127.90 |
| HOL | 24.00 | | | MDCARE | 44.85 | 1317.10 | | | |
| | | | | FED WH | 588.99 | 18845.51 | | | |
| | | | | PA TAX | 94.96 | 2788.46 | | | |
| | | | | CTY TX | 55.68 | 1635.06 | | | |
| | | | | SUI | 2.20 | 64.40 | | | |
| | | | | LST | 2.00 | 50.00 | | | |
| | | | | 401KLN | 107.90 | 2670.50 | | | |
| | | | | LT DIS | 9.23 | 229.14 | | | |
| | | | | SEC125 | 52.19 | 1296.49 | | | |

| TOTAL PAY | 3145.27 | TOTAL DEDUCTIONS | 1149.77 | NET PAY | 1995.50 |
|---|---|---|---|---|---|

PAY STATEMENT

JetPay.

FOLD FOLD

MAE-EITEL INC
ORWIGSBURG PA 17961

CO. NO. 15737

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 100 | 139 | PATRICK ·A DIEHL | XXX-XX-3051 | S 0 | | 12/23/16 | 12084 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | | | 3145.27 | SOCSEC | 191.77 | 5903.91 | GROSS | 3145.27 | 96573.17 |
| | | | | MDCARE | 44.85 | 1380.80 | | | |
| | | | | FED WH | 588.99 | 19598.68 | | | |
| | | | | PA TAX | 94.96 | 2923.33 | | | |
| | | | | CTY TX | 55.68 | 1714.14 | | | |
| | | | | SUI | 2.20 | 67.51 | | | |
| | | | | LST | 2.00 | 52.00 | | | |
| | | | | 401KLN | 107.90 | 2778.40 | | | |
| | | | | LT DIS | 9.23 | 238.37 | | | |
| | | | | SEC125 | 52.19 | 1348.68 | | | |

| TOTAL PAY | 3145.27 | TOTAL DEDUCTIONS | 1149.77 | NET PAY | 1995.50 |
|---|---|---|---|---|---|

PAY STATEMENT

JetPay.