```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 16-05254-MDF
Patrick Diehl                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: DGeorge                Page 1 of 1          Date Rcvd: Feb 08, 2017
                              Form ID: ntnew341            Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
```
db            +Patrick Diehl,    410 Sylvan Street,    Marysville, PA 17053-1644
4870255      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
4870253       +Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
4870254       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
4870256      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                 Richmond, VA 23238)
4870257       +Chase,    PO Box 1423,    Charlotte, NC 28201-1423
4870258       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
4870259       +Cross River Bank,    885 Teaneck Road,    Teaneck, NJ 07666-4505
4875444      ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    Dept  55953,    P O Box 55000,
                 Detroit  MI, 48255-0953)
4870261       +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
4870262       +Juniper Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
4870263       +Marysville Borough-Sewer/Trash,     200 Overcrest Road,    Marysville, PA 17053-1159
4870265       +Paypal Credit,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
4870266       +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4870260        E-mail/Text: chagan@franklinamerican.com Feb 08 2017 19:11:30      Franklin American Mtg/,
                 501 Corporate Centre Drive,    Franklin, TN 37067
4870264       +E-mail/Text: bkr@cardworks.com Feb 08 2017 19:10:43      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
4870267        E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2017 19:08:30      Syncb/walmart,    Po Box 965024,
                 El Paso, TX 79998
4870268       +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2017 19:08:08      Syncb/wolf Furniture,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
4870269       +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2017 19:08:08      Walmart Credit Card,
                 PO Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4870270         Wolf Furniture & Mattress
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    FRANKLIN AMERICAN MORTGAGE COMPANY
               bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor Patrick  Diehl spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Patrick Diehl  
Debtor(s)

Chapter 13

Case No. 1:16−bk−05254−MDF

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: March 2, 2017<br>Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
Ronald Reagan Federal Building  
PO Box 908  
Harrisburg, PA 17108  
(717) 901−2800

**For the Court:**  
Clerk of the Bankruptcy Court:  
Terrence S. Miller  
By: DGeorge

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: February 8, 2017