In re:                                                                Case No. 16-05254-RNO
Patrick Diehl                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: JGoodling    Page 1 of 2    Date Rcvd: Mar 07, 2017
                  Form ID: ntcnfhrg    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
```
db             +Patrick Diehl,    410 Sylvan Street,     Marysville, PA 17053-1644
4870255       ++BANK OF AMERICA,    PO BOX 982238,     EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
4870253        +Bank of America,   P.O. Box 15019,     Wilmington, DE 19886-5019
4870254        +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
4883689        +Borough of Marysville,    P. Daniel Altland Esquire,    350 S Sporting Hill Road,
                Mechanicsburg, PA 17050-3061
4870256       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
4870257        +Chase,   PO Box 1423,    Charlotte, NC 28201-1423
4870258        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
4870259        +Cross River Bank,    885 Teaneck Road,    Teaneck, NJ 07666-4505
4875444       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,    Dept  55953,   P O Box 55000,
                Detroit  MI, 48255-0953)
4887447        +First Associates Loan Servicing, LLC,    as agent for Loan Depot, LLC,
                15373 Innovation Dr., Ste. 300,    San Diego, CA 92128-3426
4870261        +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
4870262        +Juniper Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
4870263        +Marysville Borough-Sewer/Trash,    200 Overcrest Road,    Marysville, PA 17053-1159
4870265        +Paypal Credit,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
4870266        +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4870260         E-mail/Text: chagan@franklinamerican.com Mar 07 2017 19:20:01     Franklin American Mtg/,
                501 Corporate Centre Drive,    Franklin, TN 37067
4884834         E-mail/Text: bkr@cardworks.com Mar 07 2017 19:18:48     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
4870264        +E-mail/Text: bkr@cardworks.com Mar 07 2017 19:18:48     Merrick Bank,    Po Box 9201,
                Old Bethpage, NY 11804-9001
4870267         E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2017 19:24:07      Syncb/walmart,   Po Box 965024,
                El Paso, TX 79998
4870268        +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2017 19:23:45      Syncb/wolf Furniture,
                C/o Po Box 965036,    Orlando, FL 32896-0001
4870269        +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2017 19:23:45      Walmart Credit Card,
                PO Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4870270          Wolf Furniture & Mattress
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    FRANKLIN AMERICAN MORTGAGE COMPANY
               bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Sean Patrick Quinlan   on behalf of Debtor Patrick  Diehl spqesq@hotmail.com, lesliebrown.paralegal@gmail.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                              TOTAL: 4

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Patrick Diehl
Debtor(s)

Chapter 13

Case No. 1:16−bk−05254−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 5, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 26, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: JGoodling |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 7, 2017 |