

PO Box 2011 Warren, MI 48090-2036
Toll Free: 877-495-2902
Fax: 866-818-1718

April 11, 2017

**US BANKRUPTCY COURT**
MIDDLE District PENNSYLVANIA

RE:    Claim filed on PATRICK  DIEHL
        Case # 16-05254
        Claim #7

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

To Whom It May Concern:

    Midland Credit Management, Inc. hereby withdraws Proof of Claim number ____7__ dated April 10, 2017.

Thank you,

/s/ Joseph Raymond
Bankruptcy Specialist

Name:    Joseph Raymond
Address:  Po Box 2011
          Warren, MI 48090
Phone: 877-495-2902
Fax :   866-818-1718
Email: MBX_ILMS_Bankruptcy@mcmcg.com