```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                     Case No. 16-05254-HWV
Patrick Diehl                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: JGoodling          Page 1 of 1          Date Rcvd: Nov 14, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
4887447        +First Associates Loan Servicing, LLC,    as agent for Loan Depot, LLC,
                 15373 Innovation Dr., Ste. 300,    San Diego, CA 92128-3426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor   FRANKLIN AMERICAN MORTGAGE COMPANY
               bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Patrick  Diehl spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-05254-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Patrick Diehl
410 Sylvan Street
Marysville PA 17053

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/13/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, 15373 Innovation Dr., Ste. 300, San Diego, CA 92128 | Loan Depot, LLC<br>26642 Towne Centre Drive<br>Foothill Ranch, CA 92610<br>Loan Depot, LLC<br>26642 Towne Centre Drive<br>Foothill Ranch, CA 92610 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/17

Terrence S. Miller
**CLERK OF THE COURT**