UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    PATRICK DIEHL                              Case No.: 1-16-05254-HWV
                                                      Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**     **MORTGAGE INFORMATION**

Creditor Name:     CENLAR FSB
Court Claim Number:     09
Last Four of Loan Number:     410 Sylvan St - PRE-ARREARS - 7005
Property Address if applicable:     410 SYLVAN STREET, , MARYSVILLE, PA17053

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,143.68 |
| b. | Prepetition arrearages paid by the Trustee: | $2,143.68 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,143.68 |

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 21, 2021                  Respectfully submitted,

                                        s/ Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA 17036
                                        Phone: (717) 566-6097
                                        Fax: (717) 566-8313
                                        eMail: info@pamd13trustee.com

Creditor Name: CENLAR FSB
Court Claim Number: 09

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1171245 | 08/10/2017 | $1,778.47 | $0.00 | $1778.47 |
| 5200 | 1172794 | 09/19/2017 | $365.21 | $0.00 | $365.21 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

PATRICK DIEHL   Case No.: 1-16-05254-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 21, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

SEAN P QUINLAN, ESQUIRE           SERVED ELECTRONICALLY
3401 HARTZDALE DRIVE, SUITE 1038
CAMP HILL PA,   17011-7229


CITIZEN'S BANK, NA                SERVED BY 1ST CLASS MAIL
10561 TELEGRAPH RD
GLEN ALLEN, VA,   23059


PATRICK DIEHL                     SERVED BY 1ST CLASS MAIL
410 SYLVAN STREET
MARYSVILLE, PA  17053


I certify under penalty of perjury that the foregoing is true and correct.

Date: October 21, 2021             s/   Liz Joyce
                                   Jack N. Zaharopoulos
                                   Standing Chapter 13 Trustee
                                   Suite A, 8125 Adams Drive
                                   Hummelstown, PA  17036
                                   Phone:  (717) 566-6097
                                   Fax:  (717) 566-8313
                                   eMail:  info@pamd13trustee.com