United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                     Case No. 16-05254-HWV

Patrick Diehl                                                     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                                       Page 1 of 3
Date Rcvd: Jan 12, 2022                     Form ID: fnldecnd                                     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Diehl, 410 Sylvan Street, Marysville, PA 17053-1644 |
| cr | | First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, P.O. Box 503430, San Diego, CA 92150-3430 |
| 4870253 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 4870255 | + | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 4883689 | + | Borough of Marysville, P. Daniel Altland Esquire, 350 S Sporting Hill Road, Mechanicsburg, PA 17050-3061 |
| 4916212 | + | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5254514 | + | Citizens Bank, N.A. f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 4870259 | + | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666-4547 |
| 4887447 | + | First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, 15373 Innovation Dr., Ste. 300, San Diego, CA 92128-3426 |
| 4991446 | + | Loan Depot, LLC, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 4991447 | + | Loan Depot, LLC, 26642 Towne Centre Drive, Foothill Ranch, CA 92610, Loan Depot, LLC, 26642 Towne Centre Drive Foothill Ranch, CA 92610-2808 |
| 4870263 | + | Marysville Borough-Sewer/Trash, 200 Overcrest Road, Marysville, PA 17053-1159 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4870254 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 12 2022 18:46:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 4870256 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2022 18:50:25 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 4906504 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2022 18:46:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4913200 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2022 18:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4875444 | | Email/Text: EBNBKNOT@ford.com | Jan 12 2022 18:46:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 4870260 | | Email/Text: mortgagebksupport@citizensbank.com | Jan 12 2022 18:46:00 | Franklin American Mtg/, 501 Corporate Centre Drive, Franklin, TN 37067 |
| 4870261 | + | Email/Text: EBNBKNOT@ford.com | Jan 12 2022 18:46:00 | Frd Motor Cr, Po Box Box 542000, Omaha, NE 68154-8000 |
| 4870257 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2022 18:50:25 | Chase, PO Box 1423, Charlotte, NC 28201 |
| 4870258 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2022 18:50:04 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 4870262 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 12 2022 18:46:00 | Juniper Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 4884834 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2022 18:50:25 | MERRICK BANK, Resurgent Capital Services, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 4870264 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2022 18:50:04 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4907653 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2022 18:46:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4870266 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2022 18:46:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 4919752 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2022 18:50:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4870265 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2022 18:50:15 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 5109834 | + | Email/Text: bncmail@w-legal.com | Jan 12 2022 18:46:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5109833 | + | Email/Text: bncmail@w-legal.com | Jan 12 2022 18:46:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4870267 | | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2022 18:50:25 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |
| 4870268 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2022 18:50:15 | Syncb/wolf Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 4870269 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2022 18:50:15 | Walmart Credit Card, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4870270 | | Wolf Furniture & Mattress |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4907657 | *+ | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. as agent, for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2022         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed

below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor FRANKLIN AMERICAN MORTGAGE COMPANY bkgroup@kmllawgroup.com |
| Mary F Kennedy | on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| Sean Patrick Quinlan | on behalf of Debtor 1 Patrick Diehl spqesq@gmail.com spqesq@gmail.com,outsourcedparalegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Patrick Diehl,　　　　　　　　　　　　　　　　Chapter　　　13

**Debtor 1**

　　　　　　　　　　　　　　　　　　　　　　　Case No.　　　1:16−bk−05254−HWV

Social Security No.:
　　　　　　　　xxx−xx−3051

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Patrick Diehl** in accordance with §1328 of the Bankruptcy Code.

Dated:  January 12, 2022　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　　　Honorable Henry W. Van Eck
　　　　　　　　　　　　　　　　　　　　　　　Chief Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　　By: ChristinaKovach, Deputy Clerk

**fnldec** (01/22)